ERICH E. SCHLEIER AND HELEN B. SCHLEIER, PETITIONERS v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.
Schleier v. Commissioner
Docket No. 22909-90 [ADEA]
United States Tax Court
1993 U.S. Tax Ct. LEXIS 93; 67 Fair Empl. Prac. Cas. (BNA) 1744; August 31, 1993, Entered *93 DECISION
Pursuant to the Order of the Court dated July 7, 1993, and incorporating the facts recited in the respondent's computation as the findings of the Court, it is
ORDERED and DECIDED: That there is an overpayment in income tax for the taxable year 1986 in the amount of $ 31,495.00, which amount was paid on April 15, 1987, and for which amount a claim for refund could have been filed, under the provisions of I.R.C. § 6511(c) on September 17, 1990, the date of mailing of the notice of deficiency.
Mary Ann Cohen, Judge
Entered: AUG 31, 1993